IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01857-ZLW-MEH

JULIE A. ROYCE,

    Plaintiff,

v.

QWEST SERVICES CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 24, 2006.**

Based upon the parties' agreement, and the entire record herein, the Joint Motion for Stipulated Protective Order [<u>Filed February 23, 2006; Docket #13</u>] is **granted**.  The Court will sign the Protective Order and enter it on the record.