IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-01857-ZLW-MEH

JULIE A. ROYCE,

    Plaintiff,

v.

QWEST CORPORATION,
QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Defendants.

---

### ORDER

---

On May 23, 2006, Magistrate Judge Michael E. Hegarty advised the Court that this case had settled. It is, therefore,

ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before June 9, 2006. If by that date settlement papers have not been received by the Court, on June 16, 2006, the case will be dismissed without prejudice.

Dated at Denver, Colorado, this  24  day of May, 2006.

                            BY THE COURT:

                            _____
                            ZITA L. WEINSHIENK, Senior Judge
                            United States District Court