IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-01857-ZLW-MEH

JULIE A. ROYCE,

    Plaintiff,

v.

QWEST CORPORATION,
QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Defendants.

_____

ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice in accordance with their settlement agreement.

    Dated at Denver, Colorado, this   5   day of June, 2006.

                                           BY THE COURT:

                                           *[signature: Zita L. Weinshienk]*
                                           _____

                                           ZITA L. WEINSHIENK, Senior Judge
                                           United States District Court